UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

RECEIVED
10 SEP 29 PM 3:34

Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

U.S. BANKRUPTCY COURT
ST. PAUL, MN

Debtor: Mitchell E. Culbreath and Robin S. Culbreath
Chapter 7 Case No. 09-31491

Please Check One:
☐ Unclaimed Dividends
☒ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| St. Croix Dermatology<br>1950 Curve Crest Blvd. W.<br>Stillwater, MN 55082 | 7 | 125.00 | 1.02 |
| Lakeview Hospital<br>Springer Collections<br>876 E 7th St.<br>St. Paul, MN 55106 | 16 | 300.84 | 2.46 |
| Total | | | 3.48 |

Date: September 3, 2010

_____
Trustee